United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

MAR - 1 2006

DAVID J. MALAND, CLERK
BY
DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| V. | § CASE NO. 4:05cr231(2) |
| | § (Judge Schell) |
| PALEMON GARNICA-ESQUIVEL | § |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND FINDING DEFENDANT GUILTY ON COUNT ONE OF THE INDICTMENT

On this day, the Court considered the Findings of Fact and Recommendation of United States Magistrate Judge Don D. Bush regarding Defendant's plea of guilty to Count One of the Indictment in the above-numbered cause. Having conducted a proceeding in the form and manner prescribed by Fed. R. Crim. P. 11, the Magistrate Judge recommends that the Court accept the guilty plea of the Defendant. The Court is of the opinion that the Findings of Fact and Recommendation should be accepted.

It is accordingly ORDERED that the Findings of Fact and Recommendation of the United States Magistrate Judge, filed February 1, 2006, are hereby ADOPTED.

It is further ORDERED that the Court finds Defendant GUILTY on Count One of the Indictment in the above-numbered cause.

SIGNED this 1st day of March, 2006.

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE